# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

|  |  |  |
|---|---|---|
| FOUZIA ISABEL ALMAROU, | ) | Case No. CV 14-0796-PSG (JPR) |
| Plaintiff, | ) ) ) | **JUDGMENT** |
| v. | ) ) | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) ) ) ) | |
| Defendant. | ) ) ) | |

Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge, it is hereby ADJUDGED AND DECREED THAT (1) Plaintiff's request for an order remanding for further proceedings is GRANTED; (2) the Commissioner's request for an order affirming the Commissioner's final decision and dismissing the action is DENIED; and (3) judgment is hereby entered in Plaintiff's favor.

DATED: August 13, 2015_____  _____

PHILIP S. GUTIERREZ
U.S. DISTRICT JUDGE